IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGELO MARTEL LOVE,** | Case No. 2:20-cv-00842-TLN-KJN |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **SUZANNE M. PEERY,** | |
| Respondent. | |

    Respondent has moved for a 60-day enlargement of time within which to file a response to the petition in this matter.

    GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion (ECF No. 12) is granted. The response to the petition shall be filed on or before September 12, 2020.

Dated:  July 6, 2020

/love0842.eot

    _____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE