UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO LOVE,<br><br>      Petitioner,<br><br>    v.<br><br>SUZANNE M. PERRY,<br><br>      Respondent. | No. 2:20-cv-0842 TLN KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel. On October 9, 2020, petitioner filed a document styled, "Motion for Default Judgment." (ECF No. 18.) However, on October 8, 2020, the respondent filed its answer. Therefore, petitioner's motion is moot. Petitioner has thirty days from that date in which to file his reply or traverse to the answer.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for default (ECF 18) is denied.

Dated: October 23, 2020

                                                            KENDALL J. NEWMAN<br>                                                            UNITED STATES MAGISTRATE JUDGE

/love0842.def